tion by Felix N. De Lucca and others against the Scheer-Ginsberg Realty and Construction Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 123 N. Y. Supp. 1113.

DELVENTHAL, Respondent, v. ELLIOTT et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Herman Delventhal against Thaddeus N. Elliott and another.

PER CURIAM. Interlocutory judgment reversed, with costs, upon the ground that the first cause of action does not state delivery and nonpayment, the third cause of action does not state delivery, nor does the entire complaint, and the second cause of action does not properly allege title in plaintiff.

DENNIS, Respondent, v. F. D. DOOLITTLE, Inc., et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by William E. Dennis against F. D. Doolittle, Incorporated, and another. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

In re DESHLER. (Supreme Court, Appellate Division, Fourth Department. June 3, 1910.) In the matter of Elnora Deshler, an alleged incompetent person. No opinion. Appeal dismissed for failure of appellant to perfect appeal.

DE VITA v. DAIRY PRODUCTS CO. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Calagore De Vita against the Dairy Products Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

DICK, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Morris Dick against the Long Island Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

DICKEY, Appellant, v. GORTNER, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Paul Dickey against Christopher A. Gortner. No opinion. Judgment affirmed, with costs.

DIMEO, Appellant, v. STATEN ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Vincenzo Dimeo, as administratrix, etc., of Giovanni Paparone, deceased, against the Staten Island Railway Company. No opinion. Motion granted, without costs. Settle order before Mr. Justice Carr. See, also, 122 N. Y. Supp. 1126.

DISTRICT NO. 1, INDEPENDENT ORDER B'NAI B'RITH, v. GOLDSTEIN. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by the District No. 1, Independent Order B'nai B'rith, against Sarah Goldstein. No opinion. Motion denied. See, also, 121 N. Y. Supp. 1129; 122 N. Y. Supp. 1142.

DOLLARS v. KORONSKY et al. In re BLOCH. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Albert H. Dollars against Benjamine Koronsky. In the matter of Max E. Bloch. No opinion. Motion granted. Question certified as stated in order. Order filed. See, also, 123 N. Y. Supp. 11.

DOMINGE, Appellant, v. DOMINGE, Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Irene Dominge against Charles C. Dominge. No opinion. Order affirmed, with $10 costs and disbursements.

DRESCH v. ELLIOTT et al. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by Marie Dresch against Percy D. Elliott and others. No opinion. Motion denied. Order filed. See, also, 137 App. Div. 252, 122 N. Y. Supp. 14.

DUBROFF, Appellant, v. PHILLIPS et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 29, 1910.) Action by Morris A. Dubroff against Samuel Phillips and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

DUNSFORD, Respondent, v. JACOBY, Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Alice M. Dunsford against Ralph J. Jacoby. F. V. Johnson, for appellant. B. R. Duncan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DUPONT, Respondent, v. VILLAGE OF PORT CHESTER, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Marianne Dupont against the Village of Port Chester.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents, for the reason that the accident happened upon a sidewalk, and therefore defendant's liability is not established. See Brennan v. City of New York, 130 App. Div. 267, 114 N. Y. Supp. 578.

DURYEA v. GULICK. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Franklin P. Duryea against Ernestus Gulick. No opinion. Motion denied, with $10 costs. Order filed.

EARLE, Respondent, v. McCRUM, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Ellis P. Earle against Lloyd G. Mc-